FILED

12/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0490

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

| | |
|---|---|
| STATE OF MONTANA, | Cause No. DA-24-0490 |
| Plaintiff, | ORDER GRANTING FIRST EXTENSION, RESPONSE BRIEF |
| vs. | |
| SHELBY RAGNER, | |
| Defendant. | |

IN CONSIDERATION of Defendant's first request for an extension to prepare, file, and serve the Response Brief in the above-entitled matter, currently due 12/6/24, and good cause therefrom;

It is so ORDERED, the Response Brief in this matter shall be prepared, filed, and served on or before the 6th day of January 2025.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by: **1**
Bowen Greenwood
Clerk of the Supreme Court
December 6 2024